Charles C. Miller, Appellee, v. Walter J. Cummings and Daniel C. Green, Receivers, etc., et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 42,588.

opinion filed May 29,

1944. Frank L. Kriete, Warner H. Robinson and Arthur J. Donovan, for appellants; William J. Flaherty, of counsel; H. H. Patterson, for appellee; Edmund C. Maurer, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.